# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL ALFRED FARMER-KIEFE, | |
| Plaintiff, | |
| v. | 2:16-cv-02094-APG-VCF |
| HARRY REID et al., | **ORDER** |
| Defendants. | |

The 90-day stay has expired and the Attorney General's Office has not filed a status report regarding the results of the stay. The Attorney General's Office is ordered to comply with this Court's September 15, 2017 order and file a status report regarding the results of the 90-day stay. (ECF No. 7 at 2). The Attorney General's Office shall file a status report within ten (10) days from the date of this order.

For the foregoing reasons, IT IS ORDERED that the Attorney General's Office shall file a status report regarding the results of the stay within ten (10) days of this order.

DATED: This 21st day of December 2017.

_____
United States Magistrate Judge