# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DANIEL ALFRED FARMER-KIEFE,<br><br>Plaintiff,<br><br>vs.<br><br>HARRY REID, *et al.*,<br><br>Defendants. | 2:16-cv-02094-APG-VCF<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Enlargement of Time to Serve Complaint Upon Defendants Sereno, Mondoza, and Newton. (ECF No. 21).

Due to relocation from Desert Correctional Center to High Desert State Prison, Plaintiff asserts that he is unable to timely serve Defendants Sereno, Mondoza, and Newton. *Id at 2*.

**Extension For Service**

Fed. R. Civ. P. 4(m) requires a defendant to be served within 90 days after the complaint is filed. If "the plaintiff shows good cause for the failure [to serve a defendant within that time-frame], the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

Plaintiff asserts that additional time is required to effect service, and asks this court to extend the 4(m) deadline an additional 60 days. (ECF No. 21 at 4). The Complaint was filed on August 7, 2017. (ECF No. 6).

Under LR 7-2(d), [t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, no opposition has been filed. It would seem that the other appearing defendants have consented to the granting of the instant motion.

Given that Plaintiff has demonstrated "good cause" for his failure to effectuate service, the court will extend the 4(m) deadline, up to and including September 10, 2018. *See* Fed. R. Civ. P. 4(m).

Accordingly, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff's Motion for Enlargement of Time to Serve Complaint Upon Defendants Sereno, Mondoza, and Newton (ECF No. 21) is GRANTED.

IT IS FURTHER ORDERED that the deadline to effect service of process is extended up to and including September 10, 2018 for Defendants Sereno, Mondoza, and Newton.

DATED this 12th day of July, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE