# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL ALFRED FARMER-KIEFE,<br><br>Plaintiffs<br><br>v.<br><br>SATTERLY, et al.,<br><br>Defendants | Case No.: 2:16-cv-2094-APG-VCF<br><br>**ORDER DISMISSING DEFENDANTS SEREANO, MENDOZA AND NEWTON**<br><br>[ECF No. 23] |

On September 13, 2018, the plaintiff was advised by the court (ECF No. 23) that this action would be dismissed without prejudice as to defendants Sereano, Mendoza, and Newton, unless on or before October 12, 2018, the plaintiff filed proper proof of service or showed good cause why service was not made. The plaintiff has failed to file proof of service nor shown good cause. Nor has he shown cause why this action should not be dismissed without prejudice as to those defendants for failure to effect timely service pursuant to FRCP 4(m).

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice** as to defendants Sereano, Mendoza and Newton.

Dated: October 16, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE